# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**GLADYS ALICIA GUEVARA RINCON**,

     Plaintiff,

v.                                                                              **Case No.: 8:26-cv-00671-MSS-SPF**

**JAL EQUITY CORP**,
a Nevada Foreign Profit Corporation,
d/b/a MARKETING.COM,

     Defendant.

_____/

## FINAL DEFAULT JUDGMENT

**THIS CAUSE** came before the Court upon Plaintiff's Renewed Motion for Default Judgment. (Dkt. 27) By Endorsed Order dated June 17, 2026, the Court granted Plaintiff's Renewed Motion for Default Judgment and determined that Plaintiff proved total damages in the amount of $2,745.00 through her Supplemental Affidavit and supporting payroll records. (Dkt. 28)

The Court being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED:**

1.  Plaintiff's Renewed Motion for Default Judgment (Dkt. 27) is **GRANTED**.

2.  Final Default Judgment is entered in favor of Plaintiff, Gladys Guevara Rincon, and against Defendant, Jal Equity Corp., d/b/a/ Marketing.com.

3. Plaintiff shall recover unpaid wages from Defendant in the amount of **ONE THOUSAND THREE HUNDRED SEVENTY-TWO DOLLARS AND 50/100** ($1,372.50).

4. Pursuant to 29 U.S.C. § 216(b), Plaintiff shall recover liquidated damages from Defendant in the amount of **ONE THOUSAND THREE HUNDRED SEVENTY-TWO DOLLARS AND 50/100** ($1,372.50).

5. Accordingly, Plaintiff shall recover a total judgment against Defendant in the amount of **TWO THOUSAND SEVEN HUNDRED FORTY-FIVE DOLLARS AND NO/100** ($2,745.00), for which let execution issue.

6. Plaintiff may file a motion for entitlement to attorney's fees **WITHIN FOURTEEN (14) DAYS** of the date of this Order in accordance with the bifurcated procedure of Local Rule 7.01(b).

7. The Clerk is directed to enter judgment in accordance with this Order and thereafter **CLOSE** this case.

  **DONE** and **ORDERED** in Tampa, Florida, this 7th day of July 2026.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE


**Copies furnished to:**
Counsel of Record
JAL Equity Corp., c/o its registered agent, Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301-2525

2